UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. REEM,<br><br>    Plaintiff,<br><br>    v.<br><br>VICKI HENNESSY, et al.,<br><br>    Defendants. | Case No. 18-cv-05747-SI<br><br>**JUDGMENT** |

This action is dismissed because *Younger* abstention is warranted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: March 15, 2019

_____
SUSAN ILLSTON
United States District Judge