UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. REEM,<br><br>    Plaintiff,<br><br>    v.<br><br>VICKI HENNESSY, et al.,<br><br>    Defendants. | Case No. 18-cv-05747-SI<br><br>**ORDER REVOKING PAUPER STATUS FOR APPEAL**<br><br>Re: Dkt. No. 16 |

This action was dismissed based on *Younger* abstention because the complaint sought relief that would interfere with ongoing criminal proceedings in state court. Plaintiff thereafter appealed. The court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for plaintiff on appeal. *See* 28 U.S.C. § 1915(a)(3).

**IT IS SO ORDERED**.

Dated: April 17, 2019

                                                                             *Susan Illston*

SUSAN ILLSTON
United States District Judge